UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN GARY GLOCHESKI,

    Plaintiff,

    v.

PENNSYLVANIA LIFE INSURANCE COMPANY, DARREN WITTICK, and DOES 1 to 100,

    Defendants.

                           /

NO. CIV. S-09-346 LKK/GGH

O R D E R

A status conference was set in the above-captioned case for April 27, 2009. Plaintiff's counsel failed to appear.

Accordingly, the court orders as follows:

1. Plaintiff's counsel is hereby ORDERED TO SHOW CAUSE in writing not later than ten (10) days from the effective date of this order why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, for failure to appear.

2. The status conference is hereby CONTINUED to June 8, 2009 at 11:00 a.m.

IT IS SO ORDERED.

DATED: April 29, 2009.

*Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT