UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN GARY GLOCHESKI,

    Plaintiff,

    v.

PENNSYLVANIA LIFE INSURANCE COMPANY, DARREN WITTICK, and DOES 1 to 100,

    Defendants.

NO. CIV. S-09-346 LKK/GGH

O R D E R

On April 30, 2009, this court ordered plaintiff's counsel to show cause as to why sanctions should not issue for counsel's failure to appear at the April 27, 2009 scheduling conference. Counsel has filed a response. The court now finds sanctions are not appropriate under the circumstances.

IT IS SO ORDERED.

DATED: May 7, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT