Martin E. Rosen (108998), mrosen@barwol.com
Jennifer N. Lee (230727), jlee@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:    (213) 680-2800
Facsimile:    (213) 614-7399

Attorneys for Defendant
Pennsylvania Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GARY GLOCHESKI, | CASE NO.: 2:09 CV 00346 LLK (KJM) |
| Plaintiff, | Hon. Lawrence K. Karlton |
| vs. | **STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [ORDER ATTACHED]** |
| PENNSYLVANIA LIFE INSURANCE COMPANY, DARREN WITTICK, and DOES 1 TO 100, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff JOHN GARY GLOCHESKI, and defendants PENNSYLVANIA LIFE INSURANCE COMPANY and DARREN S. WITTICK, and their attorneys of record, that the parties have resolved this matter in its entirety.

g:\docs\orders for docketing\lkk\stip re voluntary dismissal.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO.: 2:09 CV 00346 LLK (KJM)

IT IS HEREBY AGREED that the complaint on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated:  June 11, 2010                           DAVID ALLEN & ASSOCIATES

                                                By:  /s/
                                                     DAVID ALLEN
                                                     Attorneys for Plaintiff
                                                     JOHN GARY GLOCHESKI

Dated: June 11, 2010                            BARGER & WOLEN LLP

                                                By:  /s/
                                                     MARTIN E. ROSEN
                                                     JENNIFER N. LEE
                                                     Attorneys for Defendant
                                                     PENNSYLVANIA LIFE
                                                     INSURANCE COMPANY

Dated:  June 11, 2010                           HASSARD BONNINGTON LLP

                                                By:  /s/
                                                     JOANNA L. STOREY
                                                     Attorneys for Defendant
                                                     DARREN S. WITTICK

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO.:  2:09 CV 00346 LLK (KJM)

**ORDER**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 14, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO.: 2:09 CV 00346 LLK (KJM)